# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.   **Case No.  4:06-CV-1608 GTE**
     **(Criminal Case No. 4:97-CR-00243-(2) GTE)**

**DANIEL LEWIS LEE**

## JUDGMENT

Pursuant to the Memorandum Opinion and Order filed in this matter on August 28, 2008, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims for post-conviction relief pursuant to 28 U.S.C. § 2255 asserted by Petitioner/Defendant Daniel Lewis Lee be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS  4th   day of September, 2008.

                                        _/s/Garnett Thomas Eisele_____
                                        UNITED STATES DISTRICT JUDGE