# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

**ORDER**

Appellant, Daniel Lewis Lee's motion to expand the certificate of appealability is granted

as to Lee's claim that he received ineffective assistance of counsel because his trial

counsel exercised peremptory challenges based on race and denying the motion as to all

other claims

February 17, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

 11-1380 United States v. Daniel Lee "Judge Order Filed granting expand certificate of appealability" (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)
8cc-cmecf-nda
to:
02/17/2012 05:30 PM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/17/2012

| | |
|---|---|
| **Case Name:** | United States v. Daniel Lee |
| **Case Number:** | 11-1380 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:granting [3799638-2] Application to expand certificate of appealability filed by Appellant Mr. Daniel Lewis Lee. as to Lee's claim that he received ineffective assistance of counsel because his trial counsel exercised peremptory challenges based on race and denying the motion as to all other claims. Special 2012 [3881641] [11-1380] (Joe Hagen)

**Notice will be electronically mailed to:**

Ms. Julie Brain, Assistant Federal Public Defender: julie_brain@fd.org, juliebrain1@yahoo.com
Mr. Laurence E. Komp: lekomp@swbell.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. David A. Ruhnke: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3881641_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2012] [FileNumber=3881641-0]
[a8f61b21cbdc73deac5713280f812be5066e152e927a7cf7690b49d51be96c8ba2f2083b18647d0841b2c2235dc532d2aca283cb073c7f636fa5eac2e3332df7]]
**Recipients:**

- Ms. Julie Brain, Assistant Federal Public Defender
- Mr. Laurence E. Komp
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. John Michael Pellettieri
- Mr. David A. Ruhnke

**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3881641_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2012] [FileNumber=3881641-1]
[5f2136ea247be415d84933bcc35495e0feb3c4e9a2cdc600f7c65273d178c542cc44d60414e5c733dfba7fae2dcf5c816d3bad26f5e8fb076a784885006c903e]]
**Recipients:**

- Ms. Julie Brain, Assistant Federal Public Defender
- Mr. Laurence E. Komp
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. John Michael Pellettieri
- Mr. David A. Ruhnke

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3881641
**RELIEF(S) DOCKETED:**
  expand certificate of appealability
**DOCKET PART(S) ADDED:** 4557399, 4400146, 4557400

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    11-1380   United States v. Daniel Lee

Date:          February 17, 2012

### APPEAL REQUIREMENTS

1.  Complete and file immediately:
    A.  Appeal Information Form. See 8th Cir. R. 3B.
    B.  Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
    C.  Entry of Appearance Form.
        Appeal Information Forms and Appearance Forms are available at:
        www.ca8.uscourts.gov/newcoa/forms.htm

2.  Prepare the Record on Appeal:
    A.  Within 10 days, confer with opposing counsel and determine the method of Appendix
        preparation. See FRAP 30 and 8th Cir. R. 30A.
    B.  Within 14 days, order any transcripts required for the appeal and arrange for payment.
        If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee
        should order any additional transcripts within 14 days of appellant's order.
    C.  Review the "Record on Appeal" at:  www.ca8.uscourts.gov/newcoa/appealInfo.htm .

3.  Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
    www.ca8.uscourts.gov/newcoa/appealInfo.htm .

### GENERAL INFORMATION

        The following filing dates are established for the appeal. The dates will only be extended
upon the filing of a timely motion establishing good cause for an extension of time. An extension
of time automatically extends the filing date for the responding or replying party's brief. Dates
are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and
FRAP 31 for provisions governing filing and service, as well as computing and extending time.

        The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be
found at www.ca8.uscourts.gov/newcoa/publs/publs.htm

        The Practitioner's Handbook and the Court's Internal Operating Procedures may also be
found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/28/2012**
  **( Daniel Lewis Lee )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **03/28/2012**
  **( Daniel Lewis Lee )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                                             **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from the date the court issues**
                                             **the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**

 11-1380 United States v. Daniel Lee "Civil Briefing Schedule Set" (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)
8cc-cmecf-nda
to:
02/17/2012 05:32 PM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/17/2012

| | |
|---|---|
| **Case Name:** | United States v. Daniel Lee |
| **Case Number:** | 11-1380 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Appendix due on 03/28/2012. BRIEF OF APPELLANT Daniel Lewis Lee due 03/28/2012. Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [3881643] [11-1380] (Joe Hagen)

**Notice will be electronically mailed to:**

Ms. Julie Brain, Assistant Federal Public Defender: julie_brain@fd.org, juliebrain1@yahoo.com
Mr. Laurence E. Komp: lekomp@swbell.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. David A. Ruhnke: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3881643_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2012] [FileNumber=3881643-0]
[30e53980dff1c01352f3db8bef0c416a3078f6f9750626f5020e57b8d8a73b504c992ebaa70dea2724ab88101dfaa4bf384b1c18cad1dffd443bca9d85d72837]]
**Recipients:**

- Ms. Julie Brain, Assistant Federal Public Defender
- Mr. Laurence E. Komp
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. John Michael Pellettieri
- Mr. David A. Ruhnke

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3881643
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4557403, 4557404